# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22992-CIV-KING/LOUIS

RAUL DUANES CESPEDES,

    Plaintiff,

v.

DYNAMIC CONTRACTING SERVICES
CORP., a Florida corporation and JOSE DOS
SANTOS, individually,

    Defendants.
_____/

## **ORDER**

    This cause came before the Court upon Defendant's Motion for Attorney's Fees (ECF No. 43). The Motion was referred to the undersigned United States Magistrate Judge by the Honorable James Lawrence King, United States District Judge (ECF No. 44).

    This case arises out of Plaintiff's claim for unpaid wages pursuant to the Fair Labor Standards Act ("FLSA"). On November 20, 2018, Defendants served Plaintiff with Interrogatories and Request for Production. *See* Defendants' Motion to Compel (ECF No. 30-1). On January 22, 2019, Plaintiff provided his responses to Defendants' discovery requests (ECF No. 30-2). Deeming the responses incomplete, Defendants, through counsel, sent Plaintiff a letter dated January 23, 2019, seeking complete discovery responses (ECF No. 30-3). The Parties' conferral efforts resolved several of the discovery requests at issues, although they were unable to resolve their differences regarding several interrogatories and requests for production. The undersigned held a hearing on the Motion to Compel on March 20, 2019. The Court granted Defendant's Motion to Compel (ECF No. 42). Defendant subsequently moved for attorney's fees related to the expenses

1

related to the Motion to Compel pursuant to Rule 37 of the Rules of Civil Procedure (ECF No. 43). Fed. R. Civ. P. 37(a)(5)(A).

Where a motion to compel is granted, the court "must, after giving an opportunity to be heard, "require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees" unless "the response, or objection was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5)(A). While Plaintiff's objections were minimally presented in response to the motion, and overruled at the hearing, the undersigned nonetheless finds that Plaintiff's argument at the hearing demonstrated a good faith basis for her assertion of those objections. Moreover, the Court did narrow some of the requests in compelling Plaintiff's response thereto. Overall, the Court finds that an award of expenses would be unjust under the circumstances. Accordingly, Defendant's Motion for Attorney's Fees is DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of May, 2019.

LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: Honorable James Lawrence King
    Counsel of Record